IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01005-MEH

MICHAEL AUSTIN,
ANDY GOMEZ and
GEORGE LAHR.

        Plaintiffs,

vs.

BADGER DAYLIGHTING CORP.

        Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the [#27] Order granting [#22] Defendant's Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) entered by Judge Michael E. Hegarty on August 28, 2015, which order is incorporated by reference.

**ORDERED** that Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Doc. No. 22) is **GRANTED**. This case is dismissed in its entirety for Plaintiff's failure to state a claim upon which relief can be granted. It is further

**ORDERED** that judgment shall enter in favor of the defendants and against the plaintiff on all claims for relief and causes of action asserted in this case.

DATED at Denver, Colorado, this 28th day of August, 2015.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk

        By s/Molly Davenport
          Molly Davenport
          Deputy Clerk